UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRY DUNN,

    Plaintiff,

v.                                                        Case No.  5:11-cv-565-Oc-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## **ORDER**

    Pending before the Court is Plaintiff's Unopposed Motion For Extension Of Time. (Doc. 15.)  Pursuant to the Scheduling Order (Doc. 12), Plaintiff's brief is due to be filed on or before February 28, 2012.  Plaintiff seeks a thirty (30) day extension of that deadline and represents that Defendant has no objection.

    Upon due consideration, Plaintiff's Unopposed Motion For Extension Of Time (Doc. 15) is **GRANTED**.  Plaintiff shall file her brief on or before **March 30, 2012.**

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Ocala, Florida, on February 24, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel