UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRY DUNN,

      Plaintiff,

v.                                                   Case No.  5:11-cv-565-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____

ORDER

      Pending before the Court is Defendant's Uncontested Motion for Extension of Time to File Memorandum of Law Through June 28, 2012 (Doc. 18).  Upon due consideration, the motion is GRANTED.  Defendant shall have through June 28, 2012 within to prepare and submit his Memorandum of Law.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on May 25, 2012.

                                                THOMAS B. SMITH
                                              United States Magistrate Judge

      Copies to all Counsel